## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DEBRA HOUGHAM | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DENNIS HOUGHAM | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No.: 2:19-cv-02463-KGG |
| | ) | |
| | ) | |
| ERMC, LLC | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| OAK PARK MALL, LLC | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### FIRST AMENDED COMPLAINT

Plaintiffs, Debra Hougham and Dennis Hougham, state as follows for their First

Amended Complaint against Defendants, ERMC, LLC and Oak Park Mall, LLC

("Defendants").:

### PARTIES

1.      Plaintiff, Debra Hougham, is a married individual who resides in De Soto,

Johnson County, Kansas; Plaintiff Dennis Hougham is the husband of Plaintiff Debra Hougham

(collectively, "Plaintiffs").

2.      Defendants, ERMC, LLC and Oak Park Mall, LLC; are Delaware corporations

although each defendant's principal officers and the direction, control, and coordination of each

entities activities all reside or occur in Tennessee.

## JURISDICTION AND VENUE

3.     This case involves personal and economic injuries sustained by Plaintiff Debra Hougham and Plaintiff Dennis Hougham resulting from Plaintiff Debra Hougham's "slip and fall" occurring on October 17, 2018, at the "New Oak Park Mall" in Overland Park, Johnson County, Kansas.

4.     Jurisdiction is proper in this Court as complete diversity exists between Plaintiffs and Defendants;  Plaintiffs cause of action accrued in the State of Kansas; and Plaintiffs are seeking damages in excess of $75,000.00.

## FACTS COMMON TO ALL COUNTS

5.     On or about the 17th day of October 2018, Plaintiff Debra Hougham contends the Defendants failed to maintain the premises at their facility, known as the "New Oak Park Mall".

6.     More specifically, Plaintiff Debra Hougham, at Defendants invitation, entered into and encountered the extraordinarily slippery or slick floor surface of a polished concrete service hallway ("Hallway") adjacent to the "food court" at the New Oak Park Mall.

7.     The slick or slippery condition of the Hallway floor service was neither open or obvious to pedestrians like Plaintiff Debra Hougham, moreover, there were no warning signs or devices to make apparent to Plaintiff Debra Hougham the dangerous condition of the Hallway.

8.     To the best of Plaintiff Debra Hougham's knowledge and belief, the slippery and slick floor surface of the polished concrete Hallway appeared to be the result of the presence of a "clear semi-viscous liquid" covering the floor surface.

9.     In addition, the Hallway was poorly and inadequately illuminated at the time of Plaintiff Debra Hougham's fall with at least two hallway, florescent lighting fixtures being inoperable thus enhancing the potential danger of falls to pedestrians using the Hallway.

2

10.     Defendants collectively or individually owned, operated, leased, and/or maintained the hallway in the New Oak Park Mall at the time Plaintiff Debra Hougham was injured.

11.     As a result of Defendant's failure to properly maintain the hallway, Plaintiff Debra Hougham slipped and fell on the slick floor surface causing her serious personal injuries.

12.     Defendants knew, or should have known, of the dangerous conditions persisting in the hallway and should have taken affirmative steps to properly maintain it so as to protect pedestrians from slipping or falling or to have provided other means in ingress to the New Oak Park Mall.

13.     As a result of Plaintiff Debra Hougham's fall, she suffered severe and permanent physical and emotional injuries.

### COUNT I: NEGLIGENCE
### (ALL DEFENDANTS)

14.     Plaintiffs re-allege and incorporates Paragraphs 1 through 13 as though fully set forth herein.

15.     Defendants were negligent and careless in that they failed to properly repair and/or maintain the service Hallway so as to make it safe for passage for pedestrians.

16.     Defendants had a duty to protect the health, safety, and well-being of its invitees to the New Oak Park Mall and, more specifically, it's invitees to use the hallway for ingress to the interior spaces of the facility.

17.     In failing to properly repair and/or maintain the service hallway at the New Oak Park Mall, Defendants breached their duty of care to Plaintiff Debra Hougham.

18.    As a direct and proximate result of the negligent acts of Defendants as set forth above, Plaintiffs suffered damages, including but not limited to:

      a) Medical and hospital expenses;

      b) Severe and permanent physical injuries;

      c) Pain and suffering, including mental anguish;

      d) Possible future medical expenses; and,

      e) Additional economic and non-economic damages.

**<u>COUNT IV – LOSS OF CONSORTIUM</u>**
**(ALL DEFENDANTS)**

19.    Plaintiffs reallege and incorporate herein Paragraphs 1 through 18 as though fully set forth herein.

20.    At all relevant times, Plaintiff Dennis Hougham was the lawful spouse of Plaintiff Debra Hougham, he co-habited with Mrs. Hougham, and he was entitled thereby to her care, comfort, support, companionship, consortium and other services.

21.    Plaintiff Dennis Hougham sustained personal injuries as a direct result of Defendants' negligence.

22.    As a direct and proximate result of the incident, Plaintiff Dennis Hougham has been deprived of Plaintiff Debra Hougham's earnings, attention, mental care, protection, consortium and other services, as well as suffering mental anguish, loss of society, comfort and companionship.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants in an amount that exceeds $75,000.00 and is reasonable and fair, together with the cost of this action, interest, and other such relief as the Court deems just and proper.

4

## DEMAND FOR JURY TRIAL

Plaintiffs request a jury trial on all issues in this case.  Plaintiff designate the place of trial

to be Kansas City, Kansas.

Respectfully Submitted,

THE SESSION LAW FIRM, PC


/s/ William T. Session
William T. Session (KS. Bar No. 70629)
2345 Grand Blvd., Ste. 1600
Kansas City, MO 64108
Telephone: 816-842-4949
Fax: 816-842-1815
William@session.com

ATTORNEYS FOR PLAINTIFF

5