IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBRA HOUGHAM and DENNIS HOUGHAM | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ERMC LLC, | ) CIVIL ACTION ) CASE NO. 2:19-CV-02463 |
| OAK PARK MALL, LLC, | ) ) |
| Defendants. | ) |

## *STIPULATION FOR DISMISSAL*

The parties having reached resolution, Plaintiffs Debra Hougham and Dennis Hougham hereby

dismiss *with prejudice* any and all claims and causes of action against Defendants ERMC LLC, Oak

Park Mall, LLC, and/or any of their agents, representatives, and employees. Each party shall bear their

own costs and fees.

Respectfully submitted,

/s/ William T. Session
William T. Session #70629
The Sessions Law Firm, P.C.
Attorneys for Plaintiff
2345 Grand Blvd, Suite 1600
Kansas City, Missouri 64108
(816) 842-4949
(816) 842-1815 (Fax)
Email: William@session.com

/s/ Christopher L. Heigele
Christopher L. Heigele #18036
Coronado Katz, LLC
Attorneys for Defendants
14 West Third Street, Suite 200
Kansas City, Missouri 64105
(816) 410-6527
(816) 337-3892 (Fax)
Email: cheigele@batyotto.com

/s/Dean C. Nichols
Dean C. Nichols   #48739 (Pro Hac)
NICHOLS LANG & HAMLIN, LLC
Attorneys for Defendants
1795 Clarkson Road, Suite 230
Chesterfield, Missouri 63017
(314) 429-1515
(314) 428-9592 (Fax)
Email: dean@nlh-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system on this 27th day of April, 2020.  Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/  Christopher L. Heigele